# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D2024-2115
5D2025-0043
L.T. Case No. 2018-CA-001895

_____

BELINDA M. KITOS,

    Appellant,

    v.

OCALA HEART CLINIC II, LLC;
RAKESH PRASHAD;
CHANDRANATH DAS;
J. ROBERT MCGHEE; AND
JOSEPH R. ALONSO,

    Appellees.

_____


On appeal from the Circuit Court for Marion County.
Gary L. Sanders, Judge.

David S. Romanik, of David S. Romanik, P.A., Ocala, for
Appellant, Belinda M. Kitos.

Michael R. Riemenschneider, of Riemenschneider Law, P.A.,
Melbourne, for Appellee, Ocala Heart Clinic II, LLC.

No Appearance for Remaining Appellees.

February 10, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EISNAUGLE and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____